STATE v. GIBSON and STATE v. DEWALT
    No. 15 PC.

    Case below: 15 N.C. App. 445.

    Application by defendants to withdraw appeal and withdraw petition for writ of certiorari allowed 22 September 1972.

STATE v. JACKSON
    No. 174 PC.

    Case below: 14 N.C. App. 288.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

STATE v. McCRAY
    No. 26 PC.

    Case below: 15 N.C. App. 373.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

STATE v. McCUIEN
    No. 21 PC.

    Case below: 15 N.C. App. 296.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

STATE v. MILLER
    No. 31 PC.

    Case below: 15 N.C. App. 610.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.